## FLSA CONSENT FORM

I, Kaprii Walk, am a current or former employee of Pure Barre, (hereinafter referred to as "Employers"). I believe I am entitled to additional wages for unpaid and/or underpaid hours I worked for Employers in excess of forty (40) hours per week during the past three (3) years and/or was underpaid by Employers. I wish to be included as a party in the claims being asserted against Employers by current and former employees of Employers, and I hereby give consent to Jody Forester Jackson of Jackson+Jackson or such other representatives as he may designate, to bring suit against Employers on my behalf under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., the Racketeer Influenced Corrupt Organizations Act and state law actions, and/or any related claim.

_Kaprin Walls_
Signature

_Kapni Walls_
Print Name

01-11-23
Date

_____
Address (with apt. number if applicable)

_____
City, State, Zip Code